# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: | 10-52864 MSS |
| Case Name: | SYKORA, CHRISTOPHER SCOTT |
| | SYKORA, KRISTI MARIE |
| Period Ending: | 09/09/10 |

| | |
|---|---|
| Trustee: (520210) | KATHRYN A. BELFANCE, TRUSTEE |
| Filed (f) or Converted (c): | 06/16/10 (f) |
| §341(a) Meeting Date: | 08/10/10 |
| Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | F1661 Rexdale Dr., Cuyahoga, obeSee attachment f | 130,410.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account, Charter One Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checknig account, PNC Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account, Charter One Bank brokerage hous | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | savings account, husband's employer | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Landlord deposit, Neal Stabus | 565.00 | 0.00 | DA | 0.00 | FA |
| 8 | 6 beds video, and computer equipment. | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | -3 dressers | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | 4.2 couches | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | vWashing machine | 150.00 | 0.00 | DA | 0.00 | FA |
| 12 | InClothes dryer | 150.00 | 0.00 | DA | 0.00 | FA |
| 13 | waLawn mower | 20.00 | 0.00 | DA | 0.00 | FA |
| 14 | SStereo | 50.00 | 0.00 | DA | 0.00 | FA |
| 15 | o2 television sets | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | eComputer | 5.00 | 0.00 | DA | 0.00 | FA |
| 17 | 0Cooking equipment, pots and pans | 50.00 | 0.00 | DA | 0.00 | FA |

Printed: 09/09/2010 12:46 PM    V.12.52

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52864 MSS  
**Case Name:** SYKORA, CHRISTOPHER SCOTT  
SYKORA, KRISTI MARIE  
**Period Ending:** 09/09/10

**Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE  
**Filed (f) or Converted (c):** 06/16/10 (f)  
**§341(a) Meeting Date:** 08/10/10  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 1Microwave oven | 20.00 | 0.00 | DA | 0.00 | FA |
| 19 | Refrigerator | 75.00 | 0.00 | DA | 0.00 | FA |
| 20 | Clothes | 100.00 | 0.00 | DA | 0.00 | FA |
| 21 | 401-K plan, husband's employer | 16,500.00 | 0.00 | DA | 0.00 | FA |
| 22 | I.R.A. Fidelity | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | I.R.A. Putnam | 500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Right to receive child support settlement to whi | Unknown | 0.00 | DA | 0.00 | FA |
| 25 | Right to receive 2010 income tax refunds in 2011 | Unknown | 0.00 | DA | 0.00 | FA |
| 26 | 2003 Ford Explorer vehicle, 151,000 miles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | X listed. Itemize. | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | PREFERENCE TO FRANK AND DEBORAH LARSON (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 29 | POTENTIAL INTEREST IN DIVORCE (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 29 Assets | Totals (Excluding unknown values) | $165,245.00 | $2.00 | | $0.00 | $2.00 |

**Major Activities Affecting Case Closing:**

Printed: 09/09/2010 12:46 PM     V.12.52

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52864 MSS  
**Case Name:** SYKORA, CHRISTOPHER SCOTT  
SYKORA, KRISTI MARIE  
**Period Ending:** 09/09/10

**Trustee:** (520210)  KATHRYN A. BELFANCE, TRUSTEE  
**Filed (f) or Converted (c):** 06/16/10 (f)  
**§341(a) Meeting Date:** 08/10/10  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**

Printed: 09/09/2010 12:46 PM    V.12.52